FILED 08 JUN '12 16:21 USDC-ORE

IN THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF OREGON

THE BANK OF NEW YORK          6:12-CV-901-AA
          Plaintiff

V                             CHANGE OF ADDRESS
Richard Hans Norland &        PHONE &
all other Occupants           Email.


Comes Now Defendant on NOTICE CHAGES

    ADDRESS      P.O. BOX 3571
                 EUGENE OR 97403

    PHONE        541-606-4297

    EMAIL        norland@earthlink.net

Thank you

                        Richard Hans Norland pro se
                        P.O. BOX 3571
                        Eugene OR 97403
                        541-606-4297
                        norland@earthlink.net