UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

THE BANK OF NEW YORK MELLON
FKA THE BANK OF NEW YOUR AS
TRUSTEE FOR THE CERTIFICATE
HOLDERS OF THE CWABS, INC.,
ASSET-BACKED CERTIFICATES,
SERIES 2005-3, ITS SUCCESSORS
AND ASSIGNS,

                    **Plaintiff,**

        v.                                Civil No. 6:12-cv-901-AA

RICHARD HANS NORLAND AND ALL
OTHER OCCUPANTS,

                    **Defendants.**

## JUDGMENT

This action is remanded to the Circuit Court of the State of Oregon for Lane County.

Dated: June 19 2012.

                                          ANN AIKEN
                                          Chief Judge for District Court

**JUDGMENT**