# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

## Office of the Clerk

United States Courthouse-Federal Building
211 East Seventh Avenue, Suite 100
Eugene Oregon 97401
(541) 431-4100

**MARY L. MORAN,**
Clerk of the Court

**CHRISTINE WELLER**
Deputy in Charge

June 19, 2012

LANE COUNTY CIRCUIT COURT
125 E. 8th Avenue
Eugene OR 97401

Re:   THE BANK OF NEW YOUR MELLON, et al v. RICHARD HANS NORLAND et al
      USDC #6:12-cv-901-AA

Dear Clerk:

    Enclosed, please find certified copies of the Order and Judgment issued by this District Court remanding the above-entitled action to your court.

    Thank you.

Sincerely,

By _/s/ Graham_
Deputy Clerk

Encl.